UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN MAY KNOX,

    Plaintiff,

v.                                                                                                                             Case No. 06-10428
                                                                                                          Hon. Sean F. Cox

CITY OF ROYAL OAK; OFFICER
SCAFONE and OFFICER ISAACSON,

    Defendants.

_____

**ORDER**

On October 17, 2006, Magistrate Judge Steven Pepe submitted a Report and Recommendation [Doc. 45] recommending that the Court Deny Plaintiff's Motion for default [Doc.36].

Because the Court did not receive objections from either party within the time frame provided for in 28 USC § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Plaintiff's Motion for default.

    **IT IS SO ORDERED.**

                                                   **S/Sean F. Cox**
                                                 **Sean F. Cox**
                                                 **United States District Judge**

**Dated: December 26, 2006**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on December 26, 2006, by electronic and/or ordinary mail.**

                                                 **S/Jennifer Hernandez**
                                                 **Case Manager**